UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| JOHN A. LYNN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THE FEDERAL SAVINGS BANK, PHH MORTGAGE CORPORATION (d/b/a PHH MORTGAGE SERVICES), DOVENMUEHLE MORTGAGE, INC., and DOES 1-50,<br><br>Defendants. | Cause No. 4:23-cv-00041-BMM-JTH<br><br>**ORDER TO SEAL AND REPLACE DOCUMENTS 1 AND 5-2** |

Plaintiff moves the Court to seal and replace Docs 1 (Class Action Complaint and Jury Demand) and Doc 5-2 (Exhibit B to Affidavit of John Lynn) which Plaintiff inadvertently did not redact two pages of each document. Good cause appearing, IT IS HEREBY ORDERED that the unopposed motion is GRANTED to seal and replace Docs 1 and 5-2 with the redacted documents.

Dated this 29th day of August, 2023.

_____
John Johnston
United States Magistrate Judge